IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MILES JOHNATHAN ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 324-005 |
| | ) | |
| WARDEN ANDREW MCFARLANE, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner, through counsel, filed the above-captioned petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. no. 1.) On February 8, 2024, the Court transferred the action to the Northern District of Georgia, (doc. no. 2), as it is the practice of this Court to transfer an action attacking a conviction to the District in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d). However, Petitioner's counsel submitted a filing fee of $405.00, receipt no. BGASDC-3759853, in this District. The filing fee for actions filed pursuant to 28 U.S.C. § 2254 is $5.00. Thus, the Court **DIRECTS** the **CLERK** to refund Petitioner's counsel the $400.00 overpayment.

SO ORDERED this 9th day of February, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA